**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Tri-State Solutions of Maryland, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-5508591 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9701 Apollo Drive | |
| Number    Street | Number    Street |
| Suite 100 | |
| | P.O. Box |
| Upper Marlboro    MD    20774 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Prince George's County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  **Tri-State Solutions of Maryland, LLC**  Case number (*if known*)_____
_____Name_____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**2362** |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br><br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>  ☐ A plan is being filed with this petition.<br><br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br><br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br><br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                              MM / DD / YYYY<br>         District _____  When _____  Case number _____<br>                                              MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>         District _____  When _____<br>                                                            MM / DD / YYYY<br>         Case number, if known _____ |

Debtor  Tri-State Solutions of Maryland, LLC                                   Case number (*if known*)_____
        Name

| 11. | **Why is the case filed in *this district*?** | Check all that apply: |
|---|---|---|
| | | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |                                                     Number         Street |
| | | _____ |
| | | _____ |
| | | City                                      State      ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | |           Contact name _____ |
| | |           Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **3**

Debtor  Tri-State Solutions of Maryland, LLC  
     Name

Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/22/2024  
             MM / DD / YYYY

✘ /s/ Herman Barber, III           Herman Barber, III  
Signature of authorized representative of debtor    Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ Daniel Staeven       Date  05/22/2024  
Signature of attorney for debtor               MM / DD / YYYY

Daniel Staeven  
Printed name

Frost Law  
Firm name

839 Bestgate Drive Suite 400  
Number    Street

Annapolis       MD      21401  
City           State     ZIP Code

410-497-5947       daniel.staeven@frosttaxlaw.com  
Contact phone        Email address

27662         MD  
Bar number       State

**Fill in this information to identify the case:**

Debtor name: Tri-State Solutions of Maryland, LLC

United States Bankruptcy Court for the: District of Maryland

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Maryland Department of Commerce Small Business Development 401 E. Pratt Street, 17th Floor Baltimore, MD, 21201 | | Monies Loaned / Advanced | | | | 500,000.00 |
| 2 | Equity Trust Company 1 Equity Way Westlake, OH, 44145 | | Monies Loaned / Advanced | | | | 277,000.00 |
| 3 | G & G Funding 57 W. 57th Street, 4th Floor New York, NY, 10019 | | Monies Loaned / Advanced | | | | 203,015.97 |
| 4 | Funding Futures, LLC 30 Two Bridges Road Suite 100 Fairfield, NJ, 07004 | | | Disputed Unliquidated Contingent | | | 151,265.99 |
| 5 | Hitachi 800 Connecticut Avenue Norwalk, CT, 06854 | | Monies Loaned / Advanced | | | | 150,000.00 |
| 6 | Mercury Funding, LLC 60 Park Avenue Lakewood, NJ, 08701 | | | Disputed Unliquidated Contingent | | | 97,435.00 |
| 7 | Mobilization Funding, LLC 3550 Bushwood Park Drive Suite 310 Tampa, FL, 33618 | | | Disputed Unliquidated Contingent | | | 96,000.00 |
| 8 | Equipment Leasing Group, LLC 211 Waukegan Road Suite 100 Winnetka, IL, 60093 | | | | | | 84,448.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   Tri-State Solutions of Maryland, LLC                     Case number *(if known)*_____
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Merchants Bonding Company<br>6700 Westown Pkwy<br>West Des Moines, IA, 50266 | | | | | | 55,919.42 |
| 10 | HERC<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL, 34134 | | Suppliers or Vendors | Disputed<br>Unliquidated<br>Contingent | | | 31,552.47 |
| 11 | JESCO<br>118 St. Nicholas Avenue<br>South Plainfield, NJ, 07080 | | Suppliers or Vendors | | | | 24,523.74 |
| 12 | Brandywine Automotive Center<br>14000 Crain Highway<br>Brandywine, MD, 20613 | | Home / Car Repairs | | | | 13,053.33 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

AWN&R Commercial Law Group, PLLC
14 Wall Street, 20th Floor
New York, NY 10005


Brandywine Automotive Center
14000 Crain Highway
Brandywine, MD 20613


Equipment Leasing Group, LLC
211 Waukegan Road
Suite 100
Winnetka, IL 60093


Equity Trust Company
1 Equity Way
Westlake, OH 44145


Funding Futures, LLC
30 Two Bridges Road
Suite 100
Fairfield, NJ 07004


G & G Funding
57 W. 57th Street,
4th Floor
New York, NY 10019


HERC
27500 Riverview Center Blvd
Suite 100
Bonita Springs, FL 34134


Hitachi
800 Connecticut Avenue
Norwalk, CT 06854


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


JESCO
118 St. Nicholas Avenue
South Plainfield, NJ 07080


Maryland Department of Commerce
Small Business Development
401 E. Pratt Street, 17th Floor
Baltimore, MD 21201


Merchants Bonding Company
6700 Westown Pkwy
West Des Moines, IA 50266

```
Mercury Funding, LLC
60 Park Avenue
Lakewood, NJ 08701


Mobilization Funding, LLC
3550 Bushwood Park Drive
Suite 310
Tampa, FL 33618
```

United States Bankruptcy Court
District of Maryland

In re: Tri-State Solutions of Maryland, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/22/2024

/s/ Herman Barber, III
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor

# United States Bankruptcy Court

_____
District of Maryland

**In re** Tri-State Solutions of Maryland, LLC

Case No. _____

**Debtor**

Chapter _11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   ☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 7,500.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ 545.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
2004 exams, US Trustee audits, lift stay motions, and non-bankruptcy work.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 05/22/2024 | /s/ Daniel Staeven, 27662 |
| *Date* | *Signature of Attorney* |
| | Frost Law |
| | *Name of law firm* |
| | 839 Bestgate Drive |
| | Suite 400 |
| | Annapolis, MD 21401 |

**United States Bankruptcy Court**

**IN RE:**                                                                                       Case No._____

Tri-State Solutions of Maryland, LLC
_____ Chapter  \_11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Herman Barber, III , | 50 | Managing member |
| James Hayes-Barber , | 50 | Other (Member) |